# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PAMELA CORBETT on behalf of
Christina Corbett,

       Plaintiff,

vs.                                              CASE NO. 6:05-CV-1298-ORL-19JGG

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 19, filed May 15, 2006). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 19) is **ADOPTED and AFFIRMED.** This case is hereby **DISMISSED** for failure to prosecute.

**DONE AND ORDERED** at Orlando, Florida, this ___31st___ day of May, 2006.

_[signature: Patricia C. Fawsett]_

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record