**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PAMELA WILLIAMS
o/b/o C.CC., a minor child,

        Plaintiff,

vs.                                    CASE NO. 6:05-CV-1298-ORL-19GJK

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____

ORDER

      This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 51, filed August 14, 2008).  No objection to said Report and Recommendation was filed.  Upon consideration, it is

      **ORDERED** that the Report and Recommendation (Doc. No. 51) is **ADOPTED and AFFIRMED.**  The final decision of the Commissioner is hereby **REVERSED and REMANDED** for reassessment of C.C.'s functional limitations, and assessment of C.C.'s testimony and credibility.

      **DONE AND ORDERED** at Orlando, Florida, this __26th___ day of August, 2008.

**PATRICIA C. FAWSETT, JUDGE**
**UNITED STATES DISTRICT COURT**

Copies to:

Counsel of Record