**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PAMELA WILLIAMS o/b/o C.C.,**
**a minor child,**

            **Plaintiff,**

**-vs-**             **Case No.  6:05-cv-1298-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

            **Defendant.**

_____

## REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S CONSENT PETITION FOR ATTORNEY'S FEES (Doc. No. 53)** |
| **FILED:** | **November 13, 2008** |
| **THEREON** it is **RECOMMENDED** that the motion be **GRANTED in part and DENIED in part**. | |

On August 27, 2008, the Court entered an order reversing and remanding this case to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).  Doc. No. 52. Plaintiff now moves for an award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA") (the "Motion"). Doc. No. 53.  Plaintiff requests attorney's fees in the amount of $6,026.09.  *Id*.  In the Motion, counsel for Plaintiff, Sarah H. Bohr, Esq. states that she performed 32.4 hours of work on the case, and her associate, Charles L. Martin, Esq. performed 2.75 hours of work on the case. Doc. Nos. 53.  Plaintiff requests the following hourly rates for

counsel: (1) $161.85 per hour for 2006; (2) $166.46 per hour for 2007; and (3) $175.67 per hour for 2008. *Id*. at 1-2.

The Motion states that Mr. Martin is entitled to a total award of $455.49 in attorneys' fees representing 2.30 hours of work in 2006 at a rate of $161.85 per hour plus .45 hours of work in 2007 at a rate of $166.46 per hour. *Id*. at 1. The Motion miscalculates Mr. Martin's 2007 attorneys' fees. According to the Motion, Mr. Martin is entitled to $83.23 in attorneys' fees for work done in 2007. *Id*. However, .45 x $166.46 only equals $74.90. Therefore, the undersigned recommends reducing Mr. Martin's total award by $8.23.

Plaintiff complied with Local Rule 3.01(g) and certifies that the Commissioner does not object to the fees requested. *Id*. at 2. Therefore, undersigned recommends that the Motion be GRANTED in part and DENIED in part and the Commissioner be directed to pay $6,017.86 ($6,026.09 - $8.23) in attorney's fees under the EAJA.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**RECOMMENDED** in Orlando, Florida on November 17, 2008.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE