# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PAMELA WILLIAMS o/b/o C.C.,
a minor child,

       Plaintiff,

vs.                                      CASE NO. 6:05-CV-1298-ORL-19GJK

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 54, filed November 17, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 54) is **ADOPTED and AFFIRMED.** Plaintiff's Consent Petition for Attorney's Fees (Doc. No. 53, filed November 13, 2008) is **GRANTED IN PART AND DENIED IN PART.** The Commissioner is hereby directed to pay $6,017.86 in attorney's fees under the Equal Access to Justice Act (EAJA).

**DONE AND ORDERED** at Orlando, Florida, this ___3rd___ day of December, 2008.

*[Signature: Patricia C. Fawsett]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record