# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PAMELA WILLIAMS o/b/o C.C.,**
**a minor child,**

                      **Plaintiff,**

**-vs-**                                        **Case No.  6:05-cv-1298-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

                      **Defendant.**
_____

## REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION FOR CLARIFICATION OF THIS COURT'S ORDER OF JUNE 15, 2007** (Doc. No. 56) |
| **FILED:** | **December 8, 2008** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

On August 27, 2008,  the Court entered an order reversing and remanding this case to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).  Doc. No. 52. Plaintiff then moved for an award of attorney fees <u>to be paid directly to her attorney</u> pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA") (the "Motion"). Doc. No. 53. On November 17, 2008, undersigned recommended that the Motion be granted in part and denied in part and the Commissioner be directed to pay $6,017.86 ($6,026.09 - $8.23) in attorney's fees under the EAJA.  The undersigned's recommendation did not state that the EAJA

1

fees should be made payable to Plaintiff's counsel. On December 3, 2008, the Court entered an order adopting and affirming the undersigned's report and recommendation. Doc. No. 55. On December 8, 2008, Plaintiff filed the present Motion for Clarification of this Court's Order of June 15, 2007 (the "Motion for Clarification"). Doc. No. 56.[1] In the Motion for Clarification, Plaintiff requests that the Court clarify that the EAJA payments are to be made payable to Plaintiff's counsel. The undersigned recommends that the Motion for Clarification be granted and the Court enter an order directing the Commissioner to pay $6,017.86 in attorney's fees under the EAJA directly to Plaintiff's counsel.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**RECOMMENDED** in Orlando, Florida on December 10, 2008.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Motion for Clarification appears to be incorrectly titled since the body of the motion seeks clarification of the Court's December 3, 2008, order (Doc. No. 55).

2