# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PAMELA WILLIAMS o/b/o C.C.,
a minor child,

      Plaintiff,

vs.                                                    CASE NO. 6:05-CV-1298-ORL-19GJK

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 57, filed December 10, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 57) is **ADOPTED and AFFIRMED.** Plaintiff's Motion for Clarification of this Court's Order of June 15, 2007 (Doc. No. 56, filed December 8, 2008) is **GRANTED.** The Commissioner is hereby directed to pay $6,017.86 in attorney's fees under the Equal Access to Justice Act (EAJA) directly to Plaintiff's counsel.

**DONE AND ORDERED** at Orlando, Florida, this  28th  day of December, 2008.

*/s/ Patricia C. Fawsett*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record